IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LODSYS GROUP, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:13-cv-59 |
| | § | |
| EDMAC INDUSTRIES, INC.; | § | **JURY TRIAL DEMANDED** |
| IMPLIX USA, INC.; | § | |
| ORCHID CELLMARK, INC.; | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In consideration of Plaintiff Lodsys Group, LLC's Notice of Voluntary Dismissal, it is ORDERED, ADJUDGED, AND DECREED that Lodsys Group, LLC's claims against Defendants Edmac Industries, Inc., Implix USA, Inc., and Orchid Cellmark, Inc. are dismissed with prejudice to the extent such claims brought by Lodsys Group, LLC are based upon products and/or services provided by LIVECHAT Software S.A. to Defendants Edmac Industries, Inc., Implix USA, Inc., and Orchid Cellmark, Inc.

In addition, any remaining claims brought by Lodsys Group, LLC against Defendants Edmac Industries, Inc., Implix USA, Inc., and Orchid Cellmark, Inc. are dismissed without prejudice, and this action shall be terminated.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

**So Ordered and Signed on this**

**Mar 7, 2013**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE